

Exhibit 1 — Damage from Search