

# Arrest Details



**Agency:** Stow Police Department
**Agency #:** OH0771200

**Print Date/Time:** 07/06/2023 09:39

**Subject Type:** Adult
**Number:** 28835

**From Date:** All
**To Date:** All

## Arrest Information

### General Information

| | | |
|---|---|---|
| **Arrest Number:** 28835 | **Case Number:** 2023-00011664 | **Arrest Date/Time:** 07/01/2023 19:16 |
| **Arrest Type:** Warrant Arrest | **Arrest Status:** Jail | **Arrest Result of:** |
| **Location:** GRAHAM RD/BAUMBERGER RD, Stow, OH 44224 | **Status Date/Time:** 07/01/2023 00:00 | **Resisted Arrest:** |
| **Arrestee Name:** PHILPOTT, MICHAEL T | **Contact Information:** | **Basis for Caution:** |
| **Type:** Adult | **Age at Arrest:** 43 | |

No Photo Available

### Arresting Officers

| Primary | Arresting Officer | Assignment: | School Response Officer: |
|---|---|---|---|
| Yes | 146 - WIKE, SAMANTHA | | No |

### Charges

| Number | Statute Group | Statute | Crime Code | Description | Counts | Drug Info Entries |
|---|---|---|---|---|---|---|
| 1 | Local | 92634 | 90000 - Other | Warrant Arrest Other Agency | 1 | 0 |

### Narratives

**Entered By:** 25934    **Date Entered:** 07/01/2023 20:58

SUSPECT WAS THE REGISTERED OWNER OF A VEHICLE ON A TRAFFIC STOP. DRIVER WAS CONFIRMED TO BE THE REGISTERED OWNER. SUSPECT HAD A WARRANT FOR GRAND LARCENY OUT OF LAS VEGAS POLICE DEPARTMENT. TRANSPORTED TO SUMMIT COUNTY JAIL TO BE HELD FOR LAS VEGAS EXTRADITION.

Login Id: psschifano



Exhibit 2

Page 1 of 1