

https://mail.yahoo.com/d/search/name=PDRecords&emailAddresses=pdrecords%2540stow.oh.us&listFilter=FROM&contactIds=a28f.e76b/messages/ADkUcsknWxkkZPD37wSfmHt2vk4

HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE...

yahoo!mail

PDRecords Advanced

Back Archive Move Delete Spam

**RE: Copy of the warrant or "warrant abstract" for this Arrest**

**PDRecords** <pdrecords@stow.oh.us>
To: mtpott@yahoo.com

We do not have a copy of it with our file.

Records Division
Stow Police Department
3800 Darrow Road
Stow, OH 44224

Phone: (330) 689-5790
Fax: (330) 689-5799
Email: pdrecords@stow.oh.us

**Accident reports are available on our website, stowohio.org , and do not include Social Security numbers, Driver's License numbers, Phone numbers or LEADS printouts pursuant to the Public Records Act, O.R.C. 149.43**

---

**From:** mtpott@yahoo.com <mtpott@yahoo.com>
**Sent:** Thursday, August 31, 2023 2:19 PM
**To:** PDRecords <PDRecords@stow.oh.us>
**Subject:** Copy of the warrant or "warrant abstract" for this Arrest

Hi, did you have a copy of the warrant or "warrant abstract" for this Arrest.

July 1, 7-8:30pm Michael Philpott

Mike

On Thursday, August 24, 2023 at 03:24:28 PM EDT, PDRecords <pdrecords@stow.oh.us> wrote:

Hello,

I have attached the dispatch calls related from this arrest. If there are calls that are made from the cruiser phone they are not recorded.

Have a nice day.

Pam Schifano
City of Stow Police Dept
Records Division
330-689-5790

*Accident reports are available on our website, www.stowohio.org , and do not include Social Security numbers, Driver's License numbers, phone numbers or LEADS printouts pursuant to the Public Records Act, O.R.C. 149.43

Exhibit 3 - Proof Missing Warrant