

# SUMMIT COUNTY SHERIFF'S OFFICE
## Proof of Incarceration

| INCARCERATION DATES ||
|---|---|
| **BOOKING DATE & TIME** | **RELEASE DATE & TIME** |
| 07/01/2023 at 8:26 PM | at |

### IDENTIFICATION

| NAME | | | | | | | | | SO |
|---|---|---|---|---|---|---|---|---|---|
| PHILPOTT, MICHAEL T | | | | | | | | | 208509 |
| ALIAS NAME(S) | | | | | | | | | FRONT IMAGE |
| PHILPOTT, MICHAEL | | | | | | | | | |
| DATE OF BIRTH | | AGE | SCARS, MARKS, TATTOOS, AMPUTATIONS | | | | | | |
| 03/04/1980 | | 43 | | | | | | | |
| RACE | SEX | ETHNICITY | HEIGHT | WEIGHT | HAIR | | EYES | BUILD | |
| Black | M | NH | 6 Ft. 0 In. | 200 | Black | | Brown | | |
| ADDRESS | | | PHONE NUMBER | | | PLACE OF BIRTH | | | |
| 14819 LOTUS DR CLEVELAND OH  44128 | | | Home: 216-561-6608 | | | CLEVELAND, OH | | | |

### EMERGENCY CONTACT

| EMERGENCY CONTACT NAME | RELATIONSHIP | EMERGENCY CONTACT ADDRESS & PHONE |
|---|---|---|
| ROSEY HECHONVA | Wife | 216-867-8332 |

### CHARGES

| CASE NUMBER | CHARGE/OFFENSE | DISPOSITION DATE | DISPOSITION |
|---|---|---|---|
| LAS VEGAS, NV | FUGITIVE FROM JUSTICE | 07/07/2023 | COURT ORDERED RELEASE |

◄ END OF LIST ►

SUMMIT COUNTY SHERIFF'S OFFICE ID & RECORDS BUREAU
I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL
NAME  MG
# OF PAGES    DATE  7/7/2023



Exhibit 4