# Stow Police Department Vehicle Impound Record

Case Report# 23-11664

## Vehicle

| Year | Make | Model | Color | License/State |
|---|---|---|---|---|
| 2014 | LEXUS | CT | WHITE | KAF 1215, OH |

| VIN | Mileage | Plates Seized (Form 2255) | Property Card# |
|---|---|---|---|
| JTHKD5BH9E2187570 | 253,289 | Y (N) | |

| Location Vehicle Towed From | Tow Company | Vehicle Stored At | Impound Date | Time |
|---|---|---|---|---|
| GRAHAM @ BAUMBERGER | JOE'S | JOE'S | 7/1/23 | 1921 |

## Driver

| Last Name | First | MI | DOB |
|---|---|---|---|
| | SAME | | / / |

| Address | City | State | Zip | Telephone |
|---|---|---|---|---|
| | SAME | | | |

## Owner

| Last Name | First | MI | DOB |
|---|---|---|---|
| PHILPOTT | MICHAEL | T | 3/4/80 |

| Address | City | State | Zip | Telephone |
|---|---|---|---|---|
| 14819 LOTUS DR. | CLEVELAND | OH | 44128 | 216 533 8044 |

| Owner Notified by Unit | Date/Time | Method |
|---|---|---|
| 761 | | ON-SCENE |

## Release Conditions

☒ Release to owner:
**Conditions of Release**
☐ Owner & Vehicle are valid; no conditions for release
☒ Owner must have valid driver with them for release
☐ Owner must have valid plate for release
☒ Owner must have valid insurance for listed vehicle

**Reason for Tow (OVI, DUS, Warrant, Parking Viol., Exp. Plates, etc.):**
WARRANT

☐ Hold Vehicle for Court Release (Vehicle subject to Immobilization or Forfeiture) BMV 2255 Form Must Be Completed
☐ Hold Vehicle for Evidence

*Officers: Instruct the driver and/or owner, the owner must obtain a Release of Vehicle from the Stow Police Department Records Division having met the conditions of release checked off above. If the box "Release to Owner" is checked, the owner may have the vehicle towed from Joe's Auto without having to follow any of the conditions of release. They must still obtain a release from Stow Police Department Records Division first.

## Property

MISC. TOOLS, ORAL B 10 SERIES 9 TOOTHBRUSH x2, MISC. CLOTHES

ok to release to Mae Franklin

## Unit

| OFC. WIKE 761 | OFC. MARUNA 755 | [signature] 715 |
|---|---|---|
| Officer/Unit Authorizing Impound | Officer(s) Conducting Inventory | Authorizing Supervisor/Unit |

## Tow Agent

I, the undersigned, do hereby state that I am authorized to take possession of the above described property and to accept the responsibility on behalf of the garage. I hereby relieve the City of Stow of all liability and agree to hold it harmless for any and all claims in connection with the hook-up, towing, storage, and release of property.

Kevin Heckord — [signature]
Print name of garage principal or tow agent | Signature of garage principal or tow agent

## Release

I, the undersigned, do hereby certify that I am legally authorized and entitled to take possession of the vehicle described above and do hereby relieve and guarantee to protect the agency named above, their officers, employees, or agents, against loss or liability by reason of delivering possession of said vehicle to me, and assume all responsibility and become liable for all expenses accrued or accruing against said vehicle occasioned by the impounding of the same.

[signature] | 7-6-23 | Mae Franklin
Signature of Clerk/Officer Releasing Vehicle | Date | Signature of person vehicle released to

City of Stow Police Department • 3800 Darrow Road • Stow, OH 44224 • (330) 689-5700 • Fax (330) 689-5799 • www.stow.oh.us

Exhibit 5