



**JOE'S AUTO**
24 HOUR TOWING & ROAD SERVICE
COMPLETE AUTO SERVICE
1619 COMMERCE DRIVE • STOW, OHIO 44224
(330) 688-3611 • 1-800-606-3611

INVOICE # 251994

| | |
|---|---|
| DISPATCH | SPD |
| NAME VENDOR | |
| DATE OF SERVICE | 7-1-23 |
| P.O. NO. | 23-11664 |

NAME CUSTOMER: Michael Philpott
ADDRESS: 14819 Lotus Dr Cleveland, OH 44128
PHONE: 216-533-8014

| YEAR | MAKE | MODEL | COLOR | KEYS | LICENSE | STATE |
|---|---|---|---|---|---|---|
| 2014 | Lexus | CT | White | Y | KAF 1215 | OH |

VIN #: JTHKD5BH9E2187570
ODOMETER:

S___ SCRATCHED  D___ DAMAGED  M___ MISSING  B___ BROKEN
INDICATE EXISTING DAMAGE BY PLACING (X) IN THE APPROPRIATE DESCRIPTION

MEMBER INITIALS

LOCATION OF VEHICLE: Graham & Baumberger
VEHICLE DRIVER NAME: KH
TOW TO DESTINATION: Joes   (Home - Business) Circle one
VEHICLE RECEIVED BY: 22

| TOW | JUMP START | TIRE | FUEL | GOA | WINCH | HEAVY DUTY |
|---|---|---|---|---|---|---|
| FLAT BED X | SKATES | LOCKOUT | IMPOUND X | ACCIDENT | MEDIUM | MOTORCYCLE |

TIME AT SCENE
COMPLETED: 20:39
ARRIVED: 19:39
TOTAL:

| | TOTAL MILES TO VEH | TOTAL MILES TOWED | STORAGE COST | | |
|---|---|---|---|---|---|
| END | | END | NUMBER DAYS 6 | RATE | $ 125.00 |
| START | | START | AT $ 20.00 | MILES TO VEH (LESS----) | $ |
| TOTAL | | TOTAL | TOTAL 120.00 | TOWED MILES (LESS----) | $ |

COMMENTS

| | |
|---|---|
| TOWING/SERVICE TOTAL | $ |
| FUEL SURCHARGE | $ 15.00 / 120.00 |
| STORAGE | $ |
| PROCESS FEE | $ 25.00 |
| SUBTOTAL | $ 295.00 |
| SALES TAX | $ 19.91 |
| TOTAL AMOUNT | $ 314.91 |
| Tax out | 175.00 |
| | $ 489.91 |

I UNDERSTAND THAT I THE OWNER OR OPERATOR OF THIS VEHICLE ASSUME ALL LIABILITY AND DAMAGE TO THIS VEHICLE DUE TO TOWING, ROAD SERVICE, STORAGE, THEFT, FIRE, SALE AND REPAIR.

X _____ MEMBER SIGNATURE    DATE & TIME

Exhibit 6