# Kumar Auto Body Works & Towing Service

20618 Aurora Road
Bedford, Ohio 44146
216-518-0383
216-832-2181 Cell

We Buy Junk Cars for Cash

www.kumarautobody.com

Exhibit 1 - Damage Estimate

## Kumar Auto Body Works & Towing Service

20618 Aurora Road
Bedford, Ohio 44146
216-518-0383
Kumarautobodyandtowing.com

**INVOICE NO. 2072**

In the event that you, the customer, authorize commencement but do not authorize completion of repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. Such a charge will be directly related to the amount of labor or parts involved in the inspection, repair or service.

Replaced Parts will be returned for your inspection. If you do not want them, please check the box below. ☐ Discard replaced parts
DECLAIMER OF WARRANTIES The seller, Kumar Auto Body Works & Towing Service, hereby expressly declaims all warranties, other express or implied warranty mechanic ability or likeness for a particular purpose, and Kumar Auto Body Works & Towing Service neither assumes nor authorizes any other person to assume any liability in connection with the sale of the vehicle. If sublet repairs are necessary, Kumar Auto Body Works & Towing Service will not be held responsible for any damages, accidents or occurrences during the possession of the sublet entity.
All wheels must be re-torque 25 miles after installation.

| Date | Vehicle Identification No. | Year | Unit No. | License Number | Mileage | Make | Model |
|---|---|---|---|---|---|---|---|
| 7.18.2023 | E2187570 | 2014 | | KAF1215 | | Lexus | CT200H |

**ESTIMATE**

Under the 15.2023 estimate If the expected cost of repairs or services will be more than twenty five dollar

**Initial your choice**

I do not request an estimate_____

PRELIMINARY ESTIMATE $_____

REVISED ESTIMATE $:_____

AUTHORIZED BY:_____

I HEREBY ACKNOWLEDGE THAT I GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATE.

Customer Signate:

| Customer's Name: | Micheal Philpott |
|---|---|
| Address: | 14819 Lotus dr. |
| City/State/Zip: | Cleveland, OH 44128 |
| Home Phone: | 702.516.7716 |
| Business Phone: | |

| Labor Instructions and Description | Labor: | Description of Parts/Labor | Total |
|---|---|---|---|
| Replace Door tirm | | | $ 728.89 |
| Replace Headliner | | | $ 1,225.39 |
| Replace Scuff Plate | | | $ 242.65 |
| Replace Seat Belt | | | $ 332.49 |
| Replace Upper Trim | | | $ 142.99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Estimate: Parts | $ 2,672.41 |
| Labor: | | Service Charges: Paint | |
| 16.8 | | Labor | $ 940.80 |
| | | Card Miscellaneous: | |
| | | Sub Total: | $ 3,613.21 |
| | | Tax | $ 289.06 |
| | | Total : | $ 3,902.27 |

This estimate report is based on our inspection and does not cover and additional parts or labor which may be required after the work has been opened up.

Customer Approval Signature:_____

Technician Signature:_____

**Method of Payme**
Cash ☐    Credit Card ☐    Check ☐

Not responsible for loss or damages to vehicles or articles left in vehicles in case of fire, theft or any other cause beyond our control. No adjustments made without this copy or after five (5) days. Worn parts taken from your vehicle will be held for 48 hours.