

**John Pribonic,** *Mayor*

3760 Darrow Road
Stow, Ohio 44224

*330.689.2700*

August 7, 2023

Mr. Michael Philpott
Ms. Rocelyn Hechanova
14819 Lotus Drive
Cleveland, OH  44128

Mr. Philpott & Ms. Hechanova:

The City of Stow Board of Control met Wednesday, August 2, 2023. The Board reviewed and discussed your moral claim seeking reimbursement in the amount of $3,819.00 which was received by our Law Department 7/27/2023.

The members of the Board of Control reviewed your moral claim and, unfortunately, your claim has been denied. There is no evidence indicating damage to your vehicle occurred during or after your arrest. Your claim was denied with a vote of 0 yes and 5 nay.

We are sorry for any inconvenience this has caused you.

Sincerely,

Deborah Berkey
Secretary – Board of Control

Exhibit D

**StowOhio.org**