I ROCELYN HECHANOVA age 33, Married to Michael Philpott state the following, that on July 1 2023, Michael Philpott was jailed in Summit Co
Michael Philpott unable to care for our 4 year old son, take me to work & do other work because of the 1 week in jail. I went to the Summit C
I complained to the Prosecutors office on Thursday July 6, 2023 & was told to show up Friday July 7 at court. Prosecutor said "she don't
know what was going on & this never happened before. July 7, 2023 The same day the Court ordered my husband Release.

Here is a log of the days I had to miss work & the imcome lost.

| Date | Event | | Costs |
|---|---|---|---|
| | No Booking or Free call | Rosey pay $14 on Uber because no Ride Home | $14 |
| 2-Jul-23 | Jailed | 1.5 Jail Call to Mae from Jail .18c a minute | $18 |
| | Baby Sitting | Missed Work Had to Baby sit Xeno | $300 |
| 3-Jul-23 | Visit Summit County Jail | Missed Work - Wasn't Allowed to pick up the car, Wasn't allowed Notary at Summit County | $300 |
| | | 1.5 Jail Call to Rocelyn from Jail .18c a minute | $18 |
| 4-Jul-23 | Holiday | 1.5 Jail Call to Rocelyn from Jail .18c a minute | $18 |
| 5-Jul-23 | Visit Summit County Jail | Missed Work - Not Allowed to get the car, Nobody would allowed Notary | $300 |
| | | 1.5 Jail Call to Rocelyn from Jail .18c a minute | $18 |
| 6-Jul-23 | Visit Summit County Court | Missed work - Obtain Car Release form - Proof Incarceration - Arrest Report | $300 |
| | | 1.5 Jail Call to Rocelyn from Jail .18c a minute | $18 |
| 7-Jul-23 | Visit Summit County Court | Complained to Prosecutor about Mikes Illegal detention, Court ordered Release | $300 |

$1,604

*Rocelyn Hechanova* -August 8, 2023

Exhibit 9   Misc Costs + Damage