# SUMMIT COUNTY SHERIFF'S OFFICE
## PERSONNEL COMPLAINT FORM
## PART 2

**PERSONNEL COMPLAINT NUMBER:** 2023-070

| INVESTIGATOR ASSIGNED: | DATE ASSIGNED | EMPLOYEE COMPLAINT AGAINST |
|---|---|---|
| Captain T. Dellinger #1281 | 08/25/2023 | Jail Deputies/Lt. Quiner |

**COMPLAINANT:**

| LAST NAME | FIRST NAME | PHONE NUMBER |
|---|---|---|
| Philpott | Michael | (702) 516-7716 |

**COMPLAINT ADDRESS:**

| STREET | CITY | ZIP |
|---|---|---|
| 14819 Lotus Drive | Cleveland | 44128 |

**OCCURRENCE:**

| LOCATION | DATE | TIME |
|---|---|---|
| Summit County Jail 205 East Crosier Street Akron, Ohio 44308 | 08/31/2023 | 0652 |

**REPORT OF INVESTIGATION:**

After review of Mr. Philpott's complaint, review of all paperwork, the warrant in LEADS, the paperwork sent by Stow Police dispatch and Las Vegas dispatch, Las Vegas Metropolitan Police Department, body camera footage, and the Clark County District Attorney's Office, there is no wrongdoing on the Deputies or Lt. Quiner's doing.

Mr. Philpott made several complaints in his written complaint. However, none of the complaints listed are at fault of the Summit County Sheriff's Office. There was a nationwide warrant with a confirmed hold placed on Mr. Philpott. The warrant was in the system when Stow Police Department detained him and the warrant was then taken out of the system by LVMPD prior to his arrival at the jail. The warrant was not in LEADS upon his arrival because it had already been taken out. However, the warrant was faxed by Stow Police Department at the request of Lt. Quiner to the jail. The Nevada Governor has nothing to do with Mr. Philpott's warrant in the system which was a nationwide pickup.

Mr. Philpott states there was no case and it was dismissed. However, there was an active case (Warrant #C-13-294935-1 and LVMPD case #131203003410) which was electronically filed on 2/25/2014 at 1355 hours for attempt to commit Grand Larceny less than $3500.00. The district court stated in the paperwork, the person(s) are commanded to arrest and bring Mr. Philpott before the District Court, Clark County Nevada. Additionally, per the paperwork, there was a detainer placed on Mr. Philpott, the Clark County District Attorney's office was reviewing the case and would advise if the extradition was approved.

On July 7, 2023, paperwork was received at the Summit County Jail stating District Attorney Jessica Kochevar denied the extradition, the case will be dismissed and the warrant recalled and subsequently, Mr. Philpott was released from the Summit County Jail.

Lt. Quiner never stated "let the next shift handle it because he's going on vacation."

Mr. Philpott's complaint should not be with the Summit County Sheriff's Office, it should be with LVMPD or Clark County District Attorney's Office if any.

☐ CONFIDENTIAL(S) ATTACHED   ☒ VIDEO/AUDIO TAPE(S) ATTACHED   ☒ OTHER ATTACHED

---

**TO BE COMPLETED BY ADMINISTRATION:**

**FINDINGS:** ☒ EXONERATED   ☐ UNFOUNDED   ☐ SUSTAINED   ☐ NOT SUSTAINED

**DISCIPLINE RECOMMENDED:** ☐ YES   ☒ NO

**SIGNATURE OF COMMITTEE MEMBER:** CHIEF Goode 185

Exhibit 10

06/01/2016