UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| MICHAEL PHILPOTT, Plaintiff, | ) ) |
| v. | ) Case No. 5:24-cv-580 ) CHIEF JUDGE SARA LIOI ) |
| CITY OF STOW, et al., Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Michael Philpott, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order entered in this action on March 25, 2025 (ECF No. 26) & - Order denying Plaintiff's Motion for Reconsideration entered on May 6, 2025 (Doc. No. 34). To the extent it dismissed Plaintiff's claims against the City of Stow and the Stow Police Officers in their official capacities on the basis of res judicata.

Plaintiff respectfully seeks appellate review of the Court's determination that these claims are barred, as Plaintiff believes the current complaint presents new and materially different allegations, supported by additional evidence and legal theories not adjudicated in the prior dismissed action (Case No. 5:23-cv-1885).

Respectfully submitted,

*[signature]*

Michael Philpott
Plaintiff – Pro Se
14819 Lotus Dr
mtpott@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was served on all counsel of record through the Court's CM/ECF system on this __ day of May, 2025.

Michael Philpott